# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT S. MITCHELL**                                                                       **PLAINTIFF**

V.                              NO. 4:21-cv-00342-BSM-ERE

**DOE**                                                                                          **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.      Procedures for Filing Objections**

This Recommendation has been sent to Judge Brian S. Miller. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.

**II.     Discussion**

Plaintiff Robert S. Mitchell, while at the Cleburne County Detention Center, filed this § 1983 lawsuit without the help of a lawyer. *Doc. 1*. In its Initial Order entered on April 29, 2021, the Court explained to Mr. Mitchell his obligations under Local Rule 5.5 to: (1) keep the Court informed as to his current address; and (2)

timely respond to any Court Order requiring action on his part. *Doc. 2*. In the same Order, the Court directed Mr. Mitchell to return a completed IFP application.

On May 17, 2021, the Court entered an Order giving Mr. Mitchell 30 days to notify the Court of his new address. *Doc. 6*. The Court specifically cautioned Mr. Mitchell that his claims could be dismissed if he failed to comply with the Order.

To date, Mr. Mitchell has failed to comply with either the Court's April 28th Order or its May 17th Order, and the time for doing so has passed. Since the filing of the Complaint, all mail sent to Mr. Mitchell has been returned. *Docs. 3*, *4*, *5*, *7*, *9*. As a result, the Court has no way to communicate with Mr. Mitchell regarding this case.

### III.   Conclusion

IT IS THEREFORE RECOMMENDED THAT Plaintiff's claims be DISMISSED, without prejudice, based on his failure to comply with either the Court's April 29 or May 17, 2021 Orders.

DATED this 22nd day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE