IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT S. MITCHELL**                                                                          **PLAINTIFF**

v.                            CASE NO. 4:21-CV-00342-BSM

**DOE**                                                                                                      **DEFENDANT**

### ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 10] is adopted, and Robert Mitchell's claims are dismissed without prejudice.

IT IS SO ORDERED this 11th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE