IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT S. MITCHELL**                                                                 **PLAINTIFF**

**v.**                            **CASE NO. 4:21-CV-00342-BSM**

**DOE**                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of August, 2021.


_____
UNITED STATES DISTRICT JUDGE